UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHELPS DUNBAR, LLP | CIVIL ACTION |
| VERSUS | NO. 15-6522 |
| JAMES C. JUSTICE COMPANIES, INC. | SECTION "R" (5) |

## ORDER

The Court ORDERS the trial in this matter rescheduled from August 22, 2016 at 8:30 a.m. **to September 6, 2016 at 8:30 a.m.**

New Orleans, Louisiana, this __18th__ day of August, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE