MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 1, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHELPS DUNBAR, L.L.P. | CIVIL ACTION |
| VERSUS | NUMBER: 15-06522 |
| JAMES C. JUSTICE COMPANIES, INC. | SECTION: "R"(5) |

As a result of ongoing negotiations among the Court and the parties, a settlement agreement was reached in the above-captioned matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE SARAH S. VANCE

MJSTAR (01:00)